SOKOLOFF STERN LLP

179 WESTBURY AVENUE, CARLE PLACE, NEW YORK 11514 PHONE (516) 334-4500 FAX (516) 334-4501 WWW.SOKOLOFFSTERN.COM

Application granted.

The Clerk of Court is respectfully requested to terminate the letter-motion pending at Doc. 12.

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated: White Plains, New York
October 22, 2026

LOFF
KOLOFFSTERN.COM

*BY ECF*

Hon. Philip M. Halpern
United States District Court
300 Quarropas Street
White Plains, New York 10601

Re: *Wooten v. City of New Rochelle Police Department, et al.*
Docket No. 7:26-cv-00899 (PMH)
File No. 260219LI

Your Honor:

We represent Defendants City of New Rochelle, City of New Rochelle Police Department, Police Officer Brian Fagan, Police Officer Christopher Guglielmo (collectively "City Defendants") in this *pro se* 42 U.S.C. § 1983 case. We respectfully write to request a two-week extension of the deadline to respond to the Complaint, currently set for October 27, 2026. The deadline we request is November 10, 2026.

The City Defendants would like to seek leave to move to dismiss the Complaint. Under Your Honor's Individual Rules, we first must provide *pro se* Plaintiff with a letter identifying the pleading deficiencies and grounds for dismissal and give Plaintiff five business days to respond, before submitting a pre-motion conference letter to the Court.

Because that required first step letter does not affect the deadline to respond, we need extra time to give Plaintiff the opportunity to correct any deficiencies in his Complaint, which, as the Court will see, are significant.

This is our first request for an extension of the responsive pleading deadline. Plaintiff is incarcerated and we could not seek his position.

Thank you for your consideration in this matter..

Very truly yours,

SOKOLOFF STERN LLP

Brian S. Sokoloff

BSS/--
cc: Robert Jay Wooten, Jr.
0000283464
Westchester County Jail
10 Woods Road
Valhalla, NY 10595

*BY OVERNIGHT MAIL*